IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: Real property at 8942 Happiness Rd., Harrisburg, North Carolina, more particularly described in a deed recorded at Deed Book 11156, Pages 165-170, and further identified as Parcel 55065429580000 at Cabarrus County Register of Deeds. ) ) ) ) ) ) ) ) ) FILE IN GRANTOR INDEX UNDER: ) CASSELL KUOH, and spouse, ) CHARSLYN KUOH | 3:16mj442<br><br>ORDER<br>AND LIS PENDENS<br><br>FILED<br>CHARLOTTE, NC<br><br>NOV 22 2016<br><br>US District Court<br>Western District of NC |

WHEREAS, the United States of America, by and through Department of Homeland Security, Homeland Security Investigations Special Agent Alvis Bergs, has presented an Affidavit to the Court alleging that the above-captioned property constitutes or is derived from proceeds of violations of 18 U.S.C. §§ 1343 and 1349;

WHEREAS, the Court, having reviewed the Affidavit, finds that there is probable cause to believe that the property constitutes or is derived from proceeds of violations of 18 U.S.C. §§ 1343 and 1349;

WHEREAS, upon this finding of probable cause, the property may be subject forfeiture to the United States pursuant to 18 U.S.C. § 981 and/or 28 U.S.C. § 2461(c), and the Government is entitled to record an Order and Lis Pendens to give public notice of the Government's forfeiture interest and potential civil and/or criminal forfeiture claim against the property;

THEREFORE, the United States is directed forthwith to file this Order and Lis Pendens with the appropriate state or local public depository; and

ALL WHO READ THIS ORDER AND LIS PENDENS TAKE NOTICE that the property may be subject to forfeiture to the United States in a present or future criminal or civil *in rem*

action before this Court, and any person who has a question as to this action should contact:

    United States Attorney for the Western District of North Carolina
    Attn: Benjamin Bain-Creed
    227 West Trade Street, Suite 1650
    Charlotte, NC 28202
    (704) 344-6222

This the 22nd day of November, 2016.

                                                      _____
                                                      DAVID C. KEESLER
                                                      UNITED STATES MAGISTRATE JUDGE

**TO THE RECORDER OF THIS INSTRUMENT: MAIL ANY AND ALL RECORDED COPIES TO THE UNITED STATES ATTORNEY FOR THE WESTERN DISTRICT OF NORTH CAROLINA AT THE ABOVE ADDRESS.**