IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

IN RE: Real property at 8942 Happiness )
Rd., Harrisburg, North Carolina, more ) CASE NO. 3:16mj442
particularly described in a deed recorded at )
Deed Book 11156, Pages 165-170, and )
further identified as Parcel ) ORDER TO SEAL
55065429580000 at Cabarrus County )
Register of Deeds. )
 )
_____ )
 )

FILED
CHARLOTTE, NC

NOV 22 2016

US District Court
Western District of NC

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, IT IS HEREBY ORDERED that the Affidavit in this matter be sealed until further order of this court, but that the Order and Lis Pendens, which must be filed in county records, shall not be sealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 22nd day of November, 2016.

_____
DAVID C. KESSLER
UNITED STATES MAGISTRATE JUDGE